IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MYOSHI BIRDSONG,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | CA 09-0539-C |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits be **AFFIRMED**.

**DONE** this the 12th day of August, 2010.

                                              s/WILLIAM E. CASSADY
                                      **UNITED STATES MAGISTRATE JUDGE**